UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Claudio Enrique Lopez Niz**

        Petitioner

  V.

        CIVIL ACTION

        NO.  1:25-13341-GAO

**Patricia Hyde et al.,**

        Respondents

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

In accordance with the Court's ELECTRONIC ORDER (Dkt. No. 10) dated February 4, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

        By the Court,

2/4/2026         /s/ Flaviana de Oliveira
Date         Deputy Clerk